UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SMITH AND MITCHELL GOLF MANAGEMENT LLC, d/b/a WALTERS GOLF MANAGEMENT, | ) ) ) ) |
| Plaintiff, | ) Cause No. 4:13-cv-01277 ) ) |
| vs. | ) ) |
| THOMAS BARNHART, et al. | ) ) |
| Defendants. | ) |

## MEMORANDUM TO THE COURT

Plaintiff Smith and Mitchell Golf Management LLC, d/b/a Walters Golf Management ("Walters"), by and through its attorneys, hereby notifies the Court that Walters and Defendants Thomas Barnhart and RevTechPlus, Inc. have reached agreement as to the terms of a settlement of the above-captioned matter and will file a dismissal upon completion of a written settlement agreement.

Respectfully submitted,

**SmithAmundsen LLC**

By: /s/ John Bradford Goss
John Bradford Goss
120 S. Central, Suite 700
St. Louis, MO 63105
(314) 719-3702
(314) 719-3703– fax
bgoss@salawus.com

*Attorneys for Plaintiff*
*Smith and Mitchell Golf Management,*
*d/b/a Walters Golf Management*

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on this 12th day of July, 2013, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and a copy was served via FirstClass the Court's CM/ECF system, upon the following:

 Paul Devine
 Vatterrott Harris Devine & Kwentus PC
 2458 Old Dorsett Road, Suite 230
 Maryland Heights, MO 63043

                <u>/s/ John Bradford Goss</u>